**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GODWIN EHIREMEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-292-GKF-FHM |
| | ) | |
| STANLEY GLANZ, SHERIFF OF | ) | |
| TULSA COUNTY, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the court's order of March 21, 2016 granting defendant's Motion for Summary Judgment, it is ordered that the plaintiff Godwin Ehiremen[1] recover nothing, and the action be dismissed on the merits.

ENTERED this 21st day of March, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] As noted in the court's order, the Amended Complaint misspells the plaintiff's last name as Ehireman. The proper spelling is Ehiremen. [*See* Dkt. #35-4, pp. 5.1 to 5.9]. The Court Clerk is hereby directed to amend the docket to reflect the correct spelling of plaintiff's name.